908 A.2d 179

IN THE MATTER OF MARK EUGENE JOHNSTON, AN
ATTORNEY AT LAW (ATTORNEY NO. 004951991).

October 18, 2006.

ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 06–140, concluding that as a matter of reciprocal
discipline pursuant to *Rule* 1:20–14, **MARK EUGENE JOHN-
STON** of **PAOLI, PENNSYLVANIA**, who was admitted to the
bar of this State in 1991, and whose license to practice law in New
Jersey was administratively revoked pursuant to *Rule* 1:28–2(c)
effective September 25, 2006, should be suspended from the
practice of law for a period of three years retroactive to May 13,
2005;

And the basis for said suspension from practice being the three-
year suspension from practice imposed on **MARK EUGENE
JOHNSTON** in the Commonwealth of Pennsylvania effective May
13, 2005, for conduct in violation of *RPC* 8.4(b) (commission of
criminal acts that reflect adversely on the attorney's honesty,
trustworthiness or fitness to practice law), *RPC* 8.4(c) (conduct
involving dishonesty, fraud, deceit or misrepresentation), and *RPC*
8.4(d) (conduct prejudicial to the administration of justice);

And good cause appearing;

It is ORDERED that **MARK EUGUENE JOHNSTON** is
suspended from the practice of law for a period of three years and
until the further Order of the Court, retroactive to May 13, 2005;
and it is further

ORDERED that this retroactive suspension has no effect on the
September 25, 2006, administrative revocation of respondent's
license to practice law in this State; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.